PHILIP L. GLOBERMAN, Respondent, v. RICHARD M. LEDERER et al., Doing Business under the Name of REREDEL ASSOCIATES, Appellants.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of the Arbitration between NAN BUNTLY, INC., Appellant, and DEERING, MILLIKEN & Co., INC., Respondent.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

SYDNEY L. FINKEL, as Administratrix of the Estate of FRANK LEVINE, Deceased, Respondent, v. SUN DAWN GARDENS, INC., et al., Appellants.— Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

ALBERT ABRAMS et al., Appellants, et al., Plaintiffs, v. CITY OF NEW YORK, Respondent.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 849.]

In the Matter of NEW YORK STATE LICENSED BAIL AGENT'S ASSOCIATION, INC., et al., Appellants-Respondents, against JOHN M. MURTAGH, as Chief City Magistrate of the Magistrates' Court of the City of New York, et al., Respondents-Appellants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 851.]

In the Matter of the Arbitration between CITY SEWING CENTER, INC., Respondent, and PORTMAN SEWING MACHINE COMPANY, INC., Appellant.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 784.]

FRANKLIN I. JUDSON et al., Individually and as Members of the Executive Committee of the Tenants' Protective Committee of 1185 Park Avenue, on Behalf of Themselves and All Other Tenants of 1185 Park Avenue Similarly Situated, v. DAVID W. FRANKEL et al.— Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 372.]

In the Matter of ZOE C. TOUMANOFF, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, et al., Appellants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 789.]